GUNTHER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Herman Gunther, as administrator, against the New York Central & Hudson River Railroad Company. No opinion. Upon payment of $10 costs, plaintiff permitted to submit his points on appeal, and defendant to reply to same, unless defendant desires oral argument, in which case default opened on payment of such costs, and plaintiff allowed to put case on calendar for argument.

HAAN et al., Respondents. v. ROBERT, Appellant. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by R. M. Haan & Co. against Julia Robert. J. M. Bowers, for appellant. W. F. Severance, for respondents. No opinion. Order modified by requiring plaintiff to give a bond to pay whatever amount may be found due for the use of the water, in the event that it should be finally determined that the plaintiff is not entitled to judgment in this action, and as modified affirmed, without costs.

HAGAN v. EAST RIVER BRIDGE CO. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Caroline A. Hagan against the East River Bridge Company. No opinion. Motion granted, with $10 costs.

HALL v. GILMAN. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Helen P. Hall against Theophilus Gilman. No opinion. Motion denied.

HALL v. IRWIN. (Supreme Court, Appellate Division, First Department. February 6, 1903.) In the matter of Charles W. Hall against George C. Irwin. No opinion. Motion denied.

HARNETT, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. January 30, 1903.) Action by Maurice Harnett against Clarence L. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

HARRINGTON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by Carrie Harrington against the Erie Railroad Company. No opinion. Motion denied.

HARRIS, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Blanche H. Harris against Charles T. Harris. No opinion. Motion denied.

HERMAN, Respondent, v. RADER, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Abraham Herman against Charles Rader. No opinion. Judgment of the Municipal Court affirmed, with costs.

HIRSHBACH v. KETCHUM. (Supreme Court, Appellate Division, First Department. 80 N.Y.S.—72

February 6, 1903.) Action by Simon Hirshbach against Alexander P. Ketchum. No opinion. Motion dismissed.

HOAGLAND & ROBINSON CO., Respondent, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Hoagland & Robinson Company against Samuel A. Robinson and others. L. J. Jersawitz, for appellants. J. E. Bullen, for respondent. No opinion. Judgment affirmed, with costs.

HODGES et al., Appellants, v. WALKER, Defendant (CORNELL, Respondent). (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Appolonia Hodges and another against Norman S. Walker, Jr., as trustee, and Margaret J. Cornell. No opinion. Motion denied.

HOLLAND et al., Respondents, v. EDDY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Nelson Holland and others against George W. Eddy and others. No opinion. Judgment and order affirmed, with costs.

HOPCROFT, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Harry E. Hopcroft as administrator against the Interurban Street Railway Company. G. S. Daniels, for appellant. J. M. O'Neill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HOPKINS, Respondent, v. MEYER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Gilbert P. Hopkins against Julian H. Meyer and another. No opinion. Motion for resettlement of order denied. This court cannot affirm an order or any part thereof which is not appealed from.

In re HUNT. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) In the matter of the proceedings for the disbarment of Dennis W. Hunt, an attorney and counselor at law. No opinion. Order to show cause, returnable March 10, 1903, entered.

HURL v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by Albert Hurl against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals granted.

HUTCHINSON, Respondent, v. ELDER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by Orville Hutchinson against William H. Elder.

PER CURIAM. Order affirmed, with costs. McLENNAN, J., not voting.